UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEVADA

| | |
|---|---|
| **MARTIN JOHN STRUNGA,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**U.S. CITIZENSHIP AND IMMIGRATION** )<br>**SERVICES,** *et al.*, )<br>)<br>**Defendants.** )<br>) | Case No. 2:24-cv-00429-JCM-EJY |

### UNOPPOSED MOTION TO EXTEND ANSWER DEADLINE

Plaintiff claims that U.S. Citizenship and Immigration Services ("USCIS") arbitrarily denied his Form I-485, Application to Register Permanent Residence or Adjust Status, and his Form I-601, Application for Waiver of Grounds of Inadmissibility. Compl. ¶ 1. USCIS is considering options to resolve this case without judicial intervention. The assigned USCIS attorney scheduled a meeting with the Las Vegas Field Office Director ("FOD") for April 30, 2024 to discuss these options. However, the meeting did not occur as planned due to a death in the FOD's family. It is unclear when the FOD will return to the office.

A response to the complaint is currently due on May 7, 2024. The Court may extend this deadline for "good cause." Fed. R. Civ. P. 6(b)(1)(A). Here, good cause exists to extend the response deadline through June 6, 2024 (by 30 days) because USCIS needs time to consider options to resolve this case without judicial intervention. A 30-day extension therefore would serve the interests of avoiding unnecessary litigation and conserving the Court's resources.

Accordingly, Defendants move to extend the deadline to respond to the complaint by 30 days, to June 6, 2024. In an April 30, 2024 email, Plaintiff's counsel (Joshua Mitson) advised that Plaintiff does not oppose this motion.

Dated: May 2, 2024

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section

ELIANIS N. PEREZ
Assistant Director

Respectfully submitted,

/s/ Julian M. Kurz
JULIAN M. KURZ
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 598-7283
julian.m.kurz@usdoj.gov

Counsel for Defendants

## ORDER

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**Dated: May 2, 2024**